| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:05-CR-146
§
JOSEPH EARL JOHNSON §

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration of pretrial matters. In accordance with 18 U.S.C. § 3401(I) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted his Findings of Fact and Recommendation on Plea of True (#30). The Magistrate Judge recommended that the Court revoke Defendant's supervised release and impose a term of imprisonment for the revocation.

The parties have not objected to Judge Giblin's report. The Court accepts his findings of fact and recommendation. It is **ORDERED** that the Findings of Fact and Recommendation on Plea of True (#30) of the United States Magistrate Judge are **ADOPTED.** The Court finds that Defendant, Joseph Earl Johnson, violated conditions of his supervised release. The Court **REVOKES** his term of supervision. Pursuant to the Magistrate Judge's recommendation, the Court **ORDERS** Defendant to serve a term of five (5) months plus 227 days imprisonment for the revocation.

SIGNED at Beaumont, Texas, this 8th day of November, 2006.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE